UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR27(JBA) |
| NICKY TUMMINGS | : | June 22, 2005 |

### MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Pursuant to Rule 31.1 of the Federal Rules of Criminal Procedure, and 18 U.S.C. § 3583(e)(1), the defendant, Nicky Tummings, moves to modify the conditions of supervised release by reducing the monthly restitution payment from $200 to $75. In support of this motion, the defendant states the following grounds:

1. Pursuant to his guilty plea to the charge of bank fraud, on September 28, 2001 Mr. Tummings was sentenced, *inter alia*, to imprisonment for 21 months and to supervised release for three years with with a special condition that he pay $200 monthly for three years toward total restitution of $104,150.

2. On October 16, 2003, Mr. Tummings admitted to violating the terms of supervised release and the Court sentenced him to one day in jail, three months in a half-way house, three months in a sober house and two years supervised release. The Court reduced for six months the monthly amount of restitution from $200 to $75.

3. On June 28, 2004, Mr. Tummings again admitted violating the terms of supervised release, and the Court sentenced him to imprisonment for five months and 18 months supervised release with a special condition of monthly restitution payments of $200.

4. Mr. Tummings returned to supervised release on January 1, 2005. Despite being employed with net income of $1,100 monthly, Mr. Tummings has been unable to fulfill the condition of monthly restitution of $200.

5. Based upon his current financial status, which is not likely to improve or deteriorate in the coming months, Mr. Tummings is unable to make monthly restitution payments of more than $75.

- 2 -

WHEREFORE, Mr. Tummings requests that the Court modify the conditions of supervised release by reducing to $75 the amount of restitution to be paid on a monthly basis.

                        Respectfully submitted,

                        THE DEFENDANT,
                        NICKY TUMMINGS

                        THOMAS G. DENNIS
                        FEDERAL DEFENDER

Dated: June 22, 2005

                        Paul F. Thomas
                        Asst. Federal Defender
                        2 Whitney Ave., Suite 300
                        New Haven, CT 06510
                        Bar No. ct01724
                        (203) 498-4200

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE has been mailed to John Danaher, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, and to Michael Rafferty, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 22nd day of June 2005.

                        Paul F. Thomas