**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:01cr27 (JBA) |
| **NICKY TUMMINGS** | : |

ENDORSEMENT ORDER [#94]

Defendant's motion to modify conditions of supervised release is GRANTED, with the approval of United States Probation Office. The defendant monthly restitution payment is reduced to $75.00 per month.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   June 28, 2005