# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. Nicky A. Tummings

Docket No. 3:01CR00027(JBA)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

2006 JAN -9 P 2:51

**COMES NOW,** Michael Rafferty, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Nicky A. Tummings who was sentenced to 21 months incarceration for a violation of 18 U.S.C. § 1344, Bank Fraud, by the Honorable Janet Bond Arterton, U.S. District Judge, sitting in the court in New Haven, Connecticut on September 28, 2001, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall participate in a substance abuse treatment program as either inpatient or outpatient as directed by the United States Probation Office (USPO). The defendant shall pay some or all of the costs of substance abuse treatment as deemed appropriate by USPO; 2) The defendant shall obtain and maintain full employment; 3) The defendant is ordered to pay restitution in the amount of $104,150, interest waived, at a rate of no less than $200 per month. The defendant is jointly and severally liable for this restitution with co-defendant Ricky Tummings; 4) The defendant is prohibited from incurring new credit card charges or opening additional lines of credit without prior approval of the USPO; 5) The defendant shall authorize release of all financial records and state and federal income tax returns to the USPO by execution of appropriate releases. Mr. Tummings had his initial term of supervised release revoked on June 28, 2004. After serving 5 months incarceration, Mr. Tummings began his new term of supervised release on December 30, 2004, with a scheduled termination date of June 29, 2006.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On December 5, 2005, the defendant was arrested by Hartford, Connecticut Police Department and charged with Following Too Closely; Interfering with Police; Operating a Motor Vehicle Without a License; Theft of License Plate; Unregistered Motor Vehicle; Insufficient Insurance; Operating Under the Influence; and Misuse of Plates. Mr. Tummings is currently detained on $20,000 bond at the Hartford Correctional Center. Police reports indicate that the defendant was involved in a motor vehicle accident whereupon being questioned by law enforcement he became verbally combative and refused to comply with officer's instructions. Mr. Tummings is due to appear in Hartford Superior Court on January 9, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

1) The defendant shall be placed in the Salvation Army's long-term treatment program or equivalent substitute for a period of 6 months. The defendant is to comply with all conditions set forth by staff in the facility.

2) The defendant shall refrain from any and all use of alcohol.

Defense Attorney Paul Thomas and AUSA Peter Jongbloed were consulted and agreed with this modification.

**ORDER OF COURT**

Considered and ordered this 9th day of ~~December~~ January 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Respectfully Submitted,

_Michael P. Rafferty_
Michael P. Rafferty
United States Probation Officer

Place: Hartford, Connecticut

Date: _____